**FIRST ARKANSAS BANK & TRUST, Plaintiff/Appellee,**

**Mary L. Howard, Intervenor Plaintiff/Appellee,**

v.

**LINCOLN BENEFIT LIFE COMPANY, Defendant/Appellant.**

**No. 11–3494.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 14, 2012.

Filed: July 3, 2012.

Charles Turner Coleman, Kyle R. Wilson, Wright & Lindsey, Little Rock, AR, for Plaintiff–Appellee.

Gary D. Marts, Jr., Little Rock, AR, for Plaintiff–Appellee/Intervenor Plaintiff–Appellee.

C. Eric Hance, Hance Law Firm, Batesville, AR, for Intervenor Plaintiff–Appellee.

Patrick J. Goss, Rose Law Firm, Little Rock, AR, for Defendant–Appellant.

Before SMITH, BEAM, and SHEPHERD, Circuit Judges.

---

**PER CURIAM.**

Lincoln Benefit Life (LBL) appeals the district court's[1] grant of summary judgment in favor of First Arkansas Bank & Trust and Mary Howard. This case involves the interpretation of insurance policy language, which can be determined as a matter of law. There are no material facts in dispute. After careful de novo review of the record as well as the parties' briefing on appeal, *see Anderson v. Durham D & M, L.L.C.*, 606 F.3d 513, 518 (8th Cir.2010), we conclude that summary judgment was properly granted for the reasons stated by the district court in its well-reasoned analysis. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.